393 A.2d 1283

Commonwealth ex rel. Shaw v. Shaw, Appellant.

Argued April 10, 1978.   Francis J. Leahey, Jr., for appellant; Michael B. Magee, for appellee.

Order affirmed.

393 A.2d 1283

Conrad v. Conrad, Appellant.

 Argued April 18, 1978.   M. Schwartz, with him Edna L. Fischer, for appellant;  Clyde P. Bailey, with him Bailey & Bailey, for appellee.

Order affirmed.